**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KATHLEEN MENARD** | Case No. 3:21-cv-01433-HZ |
| Plaintiff | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs | |
| **CURALEAF, INC.** | |
| Defendant | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Under FRCP 41 this action is dismissed with prejudice and without attorney fees or costs or expenses to any party.

December 16, 2021

        **RESPECTFULLY FILED,**

        s/ Michael Fuller
        **Michael Fuller, OSB No. 09357**
        Lead Trial Attorney for Plaintiff
        OlsenDaines
        US Bancorp Tower
        111 SW 5th Ave., Suite 3150
        Portland, Oregon 97204
        michael@underdoglawyer.com
        Direct 503-222-2000

## CERTIFICATE OF SERVICE

I certify I caused this document to be served on all parties via CM/ECF and by email to:

**Curaleaf, Inc.**
**c/o attorney Graham Sweitzer**
**graham.sweitzer@harrang.com**

December 16, 2021

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**NOTICE OF DISMISSAL WITH PREJUDICE** – Page 3 of 3